# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JERRY WARD MATTSON, III, <br><br> Defendant. | CR-16-54-GF-BMM-02 <br><br><br> **ORDER** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter September 26, 2016. (Doc. 53.) Neither party filed objections. When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Thomas v. Arn*, 474 U.S. 140, 149-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a pretrial release revocation hearing on September 20, 2016. (Doc. 50.) Judge Johnston concluded that Mattson violated the conditions of his supervised pretrial release by using methamphetamine and

1

marijuana. (Doc. 53 at 2.) The violations prove serious and warrant revocation of Mattson's supervised pretrial release. Judge Johnston has recommended that the Court revoke Mattson's pretrial release and detain him pending further proceedings. (Doc. 53 at 2.)

The Court finds no clear error in Judge Johnston's Findings and Recommendations. Mattson's violations of his conditions represent a serious breach of the Court's trust. Revoking Mattson's pretrial release represents an appropriate response by the Court.

**IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 53) is ADOPTED IN FULL.

**IT IS FURTHER ORDERED** that Defendant Jerry Ward Mattson, III's pretrial release is revoked.

DATED this 13th day of October, 2016.

Brian Morris
United States District Court Judge