# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | ) | CAUSE NO. CR-16-54-GF-BMM |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **ORDER** |
| -vs- | ) | |
| JERRY WARD MATTSON, | ) | |
| Defendant. | ) | |

Defendant Jerry Ward Mattson, by and through his attorney of record, Mark D. Meyer of Ugrin, Alexander, Zadick and Higgins, P.C., has moved the Court to amend the Judgment entered in the above-entitled matter (Doc. 95) to reflect the Defendant's entitlement to 445 days credit for time incarcerated in Tribal Jail as a result of the incident which gave rise to the present action. Having reviewed the record herein, and there being no opposition from the United States to the requested relief, IT IS HEREBY ORDERED that Defendant's motion is hereby GRANTED.

DATED this 11th day of July, 2017.

Brian Morris
United States District Court Judge